RECEIVED
09 OCT 20 PM 4:03
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BMMSOFT, INC.,

    Plaintiff,

v.

WHITE OAKS TECHNOLOGY, INC.
and DOES 1-10;

    Defendant.

CASE NO. CV 09-04562 ~~MEJ~~   MMC

~~(Proposed)~~
**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*ABBR**

Shlomo D. Katz, whose business address and telephone number is

BROWN RUDNICK LLP,
601 Thirteenth Street, NW, Suite 600, Washington D.C. 20005
Telephone: 202.536.175,

and who is an active member in good standing of the bar of Maryland and Dist. of Columbia having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing WHITE OAK TECHNOLOGIES, INC.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: November 4, 2009

~~Maria-Elena James~~ Maxine M. Chesney
United States ~~Magistrate~~ Judge
District