1 | William A. Helvestine        State Bar No. 58755
Lisa Caccavo             State Bar No. 256916
2 | EPSTEIN BECKER & GREEN, P.C.
One California Street, 26th Floor
3 | San Francisco, California 94111-5427
Telephone: 415.398.3500
4 | Facsimile: 415.398.0955
WHelvestine@ebglaw.com
5 | LCaccavo@ebglaw.com

6 | Shlomo D. Katz [admitted *pro hac vice*]
BROWN RUDNICK LLP
7 | 601 Thirteenth Street, NW, Suite 600
Washington D.C. 20005
8 | Telephone: 202.536.1753
Facsimile: 617.289.0775
9 | SKatz@brownrudnick.com

10 | Attorneys for Defendant,
WHITE OAK TECHNOLOGIES, INC.

11 |

12 | **UNITED STATES DISTRICT COURT**

13 | **NORTHERN DISTRICT OF CALIFORNIA**

14 |

15 | BMMSOFT, INC.,                                    CASE NO. CV 09-04562 MMC

16 |                 Plaintiff,                       **STIPULATION AND [*PROPOSED*]
ORDER FOR TELEPHONIC**
17 |         v.                                       **APPEARANCE BY PARTIES AT
INITIAL CASE MANAGEMENT**
18 | WHITE OAKS TECHNOLOGY, INC. and                  **CONFERENCE**
DOES 1-10;
19 |
                 Defendants.                         The Honorable Maxine M. Chesney
20 |                                                  Action Filed:  September 28, 2009
                                                     Trial Date:    None Set
21 |

22 |

23 |

24 |         **WHEREAS**, by Order dated November 24, 2009, the Court set the date for the Initial

25 | Case Management Conference as Friday, March 5, 2010;

26 |         **WHEREAS**, Shlomo D. Katz, counsel for Defendant WHITE OAK TECHNOLOGIES,

27 | INC., is located in Washington D.C. and observes the Jewish Sabbath beginning at sunset on

28 | Fridays and ending Saturday night, which observance includes not traveling on the Sabbath;

1   **WHEREAS**, Defendant's counsel would therefore have to remain in a hotel or other

2   accommodations in the San Francisco area for his entire Sabbath observance if he appeared in

3   person at the Case Management Conference on a Friday;

4   **WHEREAS**, Defendant's counsel asked Plaintiff's counsel to participate in the Initial

5   Case Management Conference by telephone to accommodate Defendant's counsel's travel

6   restrictions;

7   **IT IS HEREBY STIPULATED**, by and between the parties, through their respective

8   counsel that the parties agree to participate in the Initial Case Management Conference by

9   telephone

10  DATED:  February 22, 2010                EPSTEIN BECKER & GREEN, P.C.

11                                           By:  /s/ Lisa Caccavo
                                                  William A. Helvestine
12                                                Lisa Caccavo

13                                           Attorneys for Defendant
                                             WHITE OAK TECHNOLOGIES, INC.
14

15  DATED:  February 22, 2010                BROWN RUDNICK, LLP

16                                           By:  /s/ Shlomo D. Katz
                                                  Shlomo D. Katz
17                                                [admitted *pro hac vice*]

18                                           Attorneys for Defendant
                                             WHITE OAK TECHNOLOGIES, INC.
19

20  DATED:  February 22, 2010                NARANCIC & KATZMAN, PC

21                                           By:  /s/ Perry J. Narancic
                                                  Perry J. Narancic
22

23                                           Attorney for Plaintiff
                                             BMMSOFT, INC.
24

25

26

27

28

- 2 -

1

### <u>ORDER</u>

2

shall

Pursuant to the Stipulation above, the parties ~~may~~ participate in the Initial Case

3

Management Conference, scheduled for March 5, 2010, by telephone.

4

5

IT IS SO ORDERED.

6

Dated:   February 23, 2010

7

_____

The Honorable Maxine M. Chesney

8

UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -