IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BMMSOFT, INC., <br><br>　　　　Plaintiff, <br><br>　v. <br><br>WHITE OAKS TECHNOLOGY, INC., <br><br>　　　　Defendant <br>　　　　　　　　　　　　　　　　　／ | No. C-09-4562 MMC <br><br>**ORDER VACATING APRIL 9, 2010 HEARING ON UNITED STATES AIR FORCE'S MOTION TO INTERVENE** |

　　　Before the Court is the United States Air Force's Motion to Intervene, filed February 26, 2010, and noticed for hearing on April 9, 2010. Defendant White Oaks Technology, Inc. has filed a statement of non-opposition. Plaintiff BMMsoft has not filed opposition.[1]

　　　Having read and considered the motion and defendant's statement of non-opposition, the Court deems the matter appropriate for decision thereon and VACATES the April 9, 2010 hearing.

　　　**IT IS SO ORDERED.**

Dated: March 24, 2010

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] Pursuant to the Civil Local Rules of this District, opposition was due no later than March 19, 2010. See Civil L. R. 7-3(a) (providing opposition to motion must be filed no later than 21 days before hearing date).