**UNITED STATE DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BMMSOFT, INC., | Civil Action No. 09-CV-04562 |
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER GRANTING AIR FORCE'S MOTION TO INTERVENE |
| WHITE OAKS TECHNOLOGY, INC. and DOES 1-10, | Honorable Maxine M. Chesney |
| Defendant. | ~~Date: Friday, _____, 2010~~ Time: 9:00 a.m. Courtroom: 7, 19th Floor |

On February 26, 2010, The United States Air Force (Air Force) moved this Court, pursuant to Fed. R. Civ. P. 24(b)(2)(B), to intervene in this action for the limited purpose of presenting its position that authorization and consent exists.

Having reviewed Air Force's memorandum in support, other materials presented by the parties, and no opposition having been filed, and believing that good cause has been shown, the motion is hereby granted.

**IT IS HEREBY ORDERED** ~~a follows:~~ as follows:

The United States Air Force is permitted to intervene in this action (No. 09-CV-04562) for the purpose of presenting its position that authorization and consent exists.

**IT IS SO ORDERED.**

**DATED:** March 29, 2010

*/s/ Maxine M. Chesney*

The Honorable Maxine M. Chesney