Perry J. Narancic, CA State Bar No. 206820
NARANCIC & KATZMAN, PC
325 Sharon Park Drive, #736
Menlo Park, CA  94025
www.nk-pc.com
pnarancic@nk-pc.com
Tel: 650-814-7688
Fax: 650-618-2700

Attorneys for Plaintiff
BMMSOFT, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| BMMSOFT INC., <br><br> Plaintiff, <br><br> v. <br><br> WHITE OAKS TECHNOLOGY INC. and DOES 1-10, <br><br> Defendants <br><br> And <br><br> UNITED STATES DEPARTMENT OF THE AIR FORCE <br><br> Defendant-Intervenor | CASE NO. CV -09-04562-MMC <br><br> APPLICATION FOR LEAVE AND STIPULATION TO EXTEND TIME, AND [PROPOSED] ORDER THEREON RE: FILING ~~IF PLAINTIFF'S~~ OF OPPOSITION TO MOTION FOR SUMMARY JUDGMENT. <br><br> Hearing Date:  May 7, 2010 |

Defendant White Oaks Technology, Inc. ("WOTI") has filed a motion for summary judgment in the within action, which is set for hearing on May 7, 2010. Due to illness of Plaintiff's counsel, Plaintiff seeks leave of the Court, and WOTI stipulates, to extend time to file Plaintiff's opposition to April 19, 2010.

- 1 -

Stipulation and [Proposed] Order to Extend Time

BMM v. White Oaks Technology
Case No. CV 09-04562-MMC

NARANCIC & KATZMAN, PC
ATTORNEYS AT LAW
WWW.NK-PC.COM

Respectfully submitted,

DATED: April 16, 2010          BROWN RUDNICK, LLP

By: /s/ Shlomo D. Katz
Shlomo D. Katz
[admitted *pro hac vice*]

Attorneys for Defendant
WHITE OAK TECHNOLOGIES, INC

DATED: April 16, 2010.         NARANCIC & KATZMAN, PC

By: /s/ Perry J. Narancic*
Parry J. Narancic

Attorney for Plaintiff
BMMSOFT, INC

**Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Perry J. Narancic hereby attests that concurrence in the filing of this document has been obtained by Mr. Katz. As of the filing of this document, counsel for Intervenor has not yet responded to Plaintiff's request.*

[PROPOSED] ORDER

PURSUANT TO STIPULATION and for good cause shown, IT IS SO ORDERED.

Dated: April 19, 2010          By: /s/ Maxine M. Chesney
United States District Judge