William A. Helvestine     State Bar No. 58755
Lisa Caccavo     State Bar No. 256916
EPSTEIN BECKER & GREEN, P.C.
One California Street, 26th Floor
San Francisco, California 94111-5427
Telephone: 415.398.3500
Facsimile: 415.398.0955
WHelvestine@ebglaw.com
LCaccavo@ebglaw.com

Shlomo D. Katz [admitted *pro hac vice*]
BROWN RUDNICK LLP
601 Thirteenth Street, NW, Suite 600
Washington D.C. 20005
Telephone: 202.536.1753
Facsimile: 617.289.0775
SKatz@brownrudnick.com

Attorneys for Defendant,
WHITE OAK TECHNOLOGIES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BMMSOFT, INC., <br><br> Plaintiff, <br><br> v. <br><br> WHITE OAKS TECHNOLOGY, INC. and DOES 1-10; <br><br> Defendants. | CASE NO. CV 09-04562 MMC (JCS) <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER RESCHEDULING THE SETTLEMENT CONFERENCE TO SEPTEMBER 20, 2010** <br><br> The Honorable Joseph C. Spero |

**WHEREAS**, by Order dated July 16, 2010, the Settlement Conference previously scheduled for August 23, 2010, at 9:30 a.m., was rescheduled by the Court for September 9, 2010, at 9:30 a.m., in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102;

**WHEREAS**, counsel for Defendant WHITE OAK TECHNOLOGIES, INC., and Defendant's authorized representative are unable to participate in the Settlement Conference on

1 | September 9, 2010 due to observance of the Jewish holiday of Rosh Hashanah;

2 | **IT IS HEREBY STIPULATED**, by and between the parties, through their respective

3 | counsel that the parties agree to reschedule the Settlement Conference to September 20, 2010.

5 | DATED: July 19, 2010   EPSTEIN BECKER & GREEN, P.C.

6 | By: /s/ Lisa Caccavo
William A. Helvestine
7 | Lisa Caccavo

8 | Attorneys for Defendant
WHITE OAK TECHNOLOGIES, INC.

10 | DATED: July 19, 2010   BROWN RUDNICK, LLP

11 | By: /s/ Shlomo D. Katz
Shlomo D. Katz
12 | [admitted *pro hac vice*]

13 | Attorneys for Defendant
WHITE OAK TECHNOLOGIES, INC.

15 | DATED: July 19, 2010   U.S. DEPARTMENT OF JUSTICE

16 | By: /s/ Kate Ryzoc
Kate Ryzoc

18 | Attorney for Defendant-Intervenor
UNITED STATES DEPARTMENT OF THE AIR FORCE

20 | DATED: July 19, 2010   NARANCIC & KATZMAN, PC

21 | By: /s/ Perry J. Narancic
Perry J. Narancic

23 | Attorney for Plaintiff
BMMSOFT, INC.

## ORDER

Pursuant to the Stipulation above, the Settlement Conference has been rescheduled to September 20, 2010.

IT IS SO ORDERED.

Dated: July 19, 2010



_____
The Honorable Joseph C. Spero
UNITED STATES MAGISTRATE JUDGE