IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BMMSOFT, INC., | No. C-09-4562 MMC |
| Plaintiff, | **ORDER VACATING AUGUST 20, 2010 HEARING ON DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR JUDGMENT ON THE PLEADINGS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT** |
| v. | |
| WHITE OAKS TECHNOLOGY, INC., | |
| Defendant. | |

Before the Court is defendant White Oaks Technology, Inc.'s "Motion to Dismiss the Amended Complaint for Failure to State a Claim upon Which Relief Can Be Granted or, in the Alternative, for Judgment on the Pleadings or, in the Alternative, for Summary Judgment," filed June 11, 2010.  Plaintiff BBMsoft, Inc. has filed opposition, to which defendant has replied.  Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter appropriate for decision on the parties' respective written submissions and VACATES the hearing scheduled for August 20, 2010.

**IT IS SO ORDERED.**

Dated: August 13, 2010

MAXINE M. CHESNEY
United States District Judge